ALDEN J. PARKER (SBN 196808)
MEAGAN D. CHRISTIANSEN (SBN 240679)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

Attorneys for Defendant
FULTON-EL CAMINO RECREATION & PARKS DISTRICT

MICHAEL PAZDERNIK (SBN 144337)
ADAMS & CORZINE
740 Oak Avenue Parkway, Suite 120
Folsom, CA 95630
Tele: (916) 983-3900
Facsimile: (916) 983-3922

Attorney for Plaintiff
JEFFREY PHILLIPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PHILLIPS,<br><br>          Plaintiff,<br><br>     v.<br><br>FULTON-EL CAMINO RECREATION & PARKS DISTRICT and DOES 1 To 50,<br><br>          Defendants. | Case No. 2:09-cv-01933-JAM-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR THE DISCLOSURE OF EXPERT WITNESSES**<br><br>Trial Date:     January 24, 2011 |

WHEREAS, as based on the January 24, 2011 trial date, the deadline to disclose expert witnesses is April 2, 2010, and the deadline to disclose rebuttal expert witnesses in May 3, 2010, in this matter;

WHEREAS, the parties have jointly agreed and stipulated to respectfully request that this Court grant a continuance of the deadline date for disclosure of expert witnesses from April 2, 2010 to May 3, 2010 and the deadline date for the disclosure of rebuttal witnesses from May 3, 2010 to June 3, 2010;

PDF created with pdfFactory trial version www.pdffactory.com

1       WHEREAS, this request is not being made of the purposes of delay, or any other improper purpose;

3       WHEREAS, the trial date in this matter is not for approximately ten months;

4       WHEREAS, continuing the deadline for disclosing the expert witnesses and rebuttal expert witnesses will not prejudice either party or their counsel; and

6       NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant, through their respective attorneys of record, that this Court continue the deadline for the disclosure of expert witnesses and rebuttal expert witnesses.

Dated: March 24, 2010           ADAMS & CORZINE

By:  /s/ Michael Pazdernik
     MICHAEL PAZDERNIK

Attorney for Plaintiff
JEFFREY PHILLIPS

Dated: March 24, 2010           BASHAM PARKER LLP

By:  /s/ Meagan D. Christiansen
     ALDEN J. PARKER
     MEAGAN D. CHRISTIANSEN

Attorneys for Defendant
FULTON-EL CAMINO RECREATION
AND PARKS DISTRICT

# **ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the deadline to disclose expert witnesses, currently set for April 2, 2010, be continued to May 3, 2010; and the deadline to disclose rebuttal expert witnesses, currently set for May 3, 2010, be continued to June 3, 2010.

PURSUANT TO STIPULATION, **IT IS SO ORDERED:**

Date: March 24, 2010                                            /s/ John A. Mendez
                                                                              Honorable John A. Mendez
                                                                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com