ALDEN J. PARKER (SBN 196808)
MEAGAN D. CHRISTIANSEN (SBN 240679)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California  95825
Telephone:  (916) 925-5850
Facsimile:  (916) 925-5854

Attorneys for Defendant
FULTON-EL CAMINO RECREATION & PARKS
DISTRICT

MICHAEL PAZDERNIK (SBN 144337)
ADAMS & CORZINE
740 Oak Avenue Parkway, Suite 120
Folsom, CA  95630
Tele:  (916) 983-3900
Facsimile: (916) 983-3922

Attorney for Plaintiff
JEFFREY PHILLIPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PHILLIPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FULTON-EL CAMINO RECREATION & PARKS DISTRICT and DOES 1 To 50,<br><br>　　　　　Defendants. | Case No. 2:09-cv-01933-JAM-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR THE DISCLOSURE OF EXPERT WITNESSES**<br><br><br>Trial Date:　　January 24, 2011 |

　　　　WHEREAS, as based on the January 24, 2011 trial date, the deadline to disclose expert witnesses is April 2, 2010, and the deadline to disclose rebuttal expert witnesses in May 3, 2010, in this matter;

　　　　WHEREAS, the parties jointly agreed and stipulated, and this Court ordered, a continuance of the deadline date for disclosure of expert witnesses from April 2, 2010 to May 3, 2010 and the deadline date for the disclosure of rebuttal witnesses from May 3, 2010 to June 3, 2010;

Stipulation and Order to Continue the Deadline for
the Disclosure of Expert Witnesses　　　　　　　1　　　　　　Case No. 2:09-cv-01933-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties have jointly agreed and stipulated to respectfully request
2  that this Court grant a continuance of the deadline date for disclosure of expert witnesses from
3  May 3, 2010 to May 14, 2010 and the deadline date for the disclosure of rebuttal witnesses from
4  June 3, 2010 to June 14, 2010;

5  WHEREAS, this request is being made due to the fact that the expert witness
6  retained by Defendant suffered an injury last week which has made completion of his written
7  report disclosing himself as an expert witness in this matter impossible;

8  WHEREAS, this request is not being made of the purposes of delay, or any other
9  improper purpose;

10  WHEREAS, the trial date in this matter is not for approximately eight months;

11  WHEREAS, continuing the deadline for disclosing the expert witnesses and
12  rebuttal expert witnesses will not prejudice either party or their counsel; and

13  NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and
14  Defendant, through their respective attorneys of record, that this Court continue the deadline for
15  the disclosure of expert witnesses and rebuttal expert witnesses.

16  Dated:  May 3, 2010                    ADAMS & CORZINE

18                                         By: /s/ Michael Pazdernik
19                                              MICHAEL PAZDERNIK

20                                         Attorney for Plaintiff
                                           JEFFREY PHILLIPS

22  Dated:  May 3, 2010                    BASHAM PARKER LLP

24                                         By: /s/ Meagan D. Christiansen
25                                              ALDEN J. PARKER
                                                MEAGAN D. CHRISTIANSEN

26                                         Attorneys for Defendant
27                                         FULTON-EL CAMINO RECREATION
                                           AND PARKS DISTRICT

28

Stipulation and Order to Continue the Deadline for
the Disclosure of Expert Witnesses              2                Case No. 2:09-cv-01933-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the deadline to disclose expert witnesses, currently set for May 3, 2010, be continued to May 14, 2010; and the deadline to disclose rebuttal expert witnesses, currently set for June 3, 2010, be continued to June 14, 2010.

PURSUANT TO STIPULATION, **IT IS SO ORDERED:**


Date: May 4, 2010                                                                    /s/ John A. Mendez
                                                                                              Honorable John A. Mendez
                                                                                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com