1 | ALDEN J. PARKER (SBN 196808)
MEAGAN D. CHRISTIANSEN (SBN 240679)
2 | BASHAM PARKER LLP
701 University Avenue, Suite 220
3 | Sacramento, California  95825
Telephone:  (916) 925-5850
4 | Facsimile:  (916) 925-5854

5 | Attorneys for Defendant
FULTON-EL CAMINO RECREATION & PARKS
6 | DISTRICT

7 | MICHAEL PAZDERNIK (SBN 144337)
ADAMS & CORZINE
8 | 740 Oak Avenue Parkway, Suite 120
Folsom, CA  95630
9 | Tele:  (916) 983-3900
Facsimile: (916) 983-3922
10 |

Attorney for Plaintiff
11 | JEFFREY PHILLIPS

12 | UNITED STATES DISTRICT COURT

13 | EASTERN DISTRICT OF CALIFORNIA

14 |

15 |
JEFFREY PHILLIPS,                                    Case No. 2:09-cv-01933-JAM-EFB
16 |
                        Plaintiff,          **STIPULATION AND ORDER TO**
17 |                                         **CONTINUE TRIAL AND PRE-TRIAL**
            v.                              **DATES OR, IN THE ALTERNATIVE,**
18 |                                         **EXTEND THE DISCOVERY**
FULTON-EL CAMINO RECREATION &               **DEADLINE**
19 | PARKS DISTRICT and DOES 1 To 50,

20 |                        Defendants.        Trial Date:        January 24, 2011

21 |

22 |         WHEREAS, as based on the January 24, 2011 trial date, the deadline to complete

23 | all discovery is August 2, 2010;

24 |         WHEREAS, the Plaintiff has not produced several categories of documents

25 | responsive to his allegations against Defendant and requested by Defendant;

26 |         WHEREAS, the Plaintiff has admitted under oath that he has not yet completed his

27 | search for relevant documents and that he knows that there are responsive documents that have

28 | not yet been produced;

Stipulation and [Proposed] Order to Continue Trial
and Pre-Trial Dates Or, In the Alternative,
Continue the Discovery Deadline                    1                    Case No. 2:09-cv-01933-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, there is no dispute as to whether the discovery should be or can

2  reasonably be produced to Defendant;

3    WHEREAS, the Defendant relied on Plaintiff's counsel's assurances that the

4  discovery would be produced prior to the end of the discovery deadline, causing Defendant's

5  counsel to refrain from filing an unnecessary Motion to Compel with the Court;

6    WHEREAS, the parties have jointly agreed and stipulated to respectfully request

7  that this Court grant a continuance of all trial and pre-trial dates for a period of ninety (90) days,

8  and have all discovery dates run from the new trial date;

9    WHEREAS, in the alternative, the parties have jointly agreed and stipulated to

10  respectfully that this Court grant a continuance of deadline for all discovery to be completed sixty

11  (60) days, making the discovery deadline October 1, 2010;

12    WHEREAS, this request is not being made of the purposes of delay, or any other

13  improper purpose;

14    WHEREAS, continuing the deadline for continuing all discovery and trial dates

15  will not prejudice either party or their counsel; and

16    NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and

17  Defendant, through their respective attorneys of record, that this Court continue all trial and pre-

18  trial dates in this matter ninety (90) days or as soon thereafter as this Court can schedule it.

19  Plaintiff and Defendant are informed, and believe that the Court can accommodate the following

20  trial schedule:

21    Discovery cutoff:          11/5/10;

22    Dispositive motion filing    12/29/10;

23    Dispositve motion hearing:   1/26/11 at 9:30 a.m.;

24    Joint pretrial statement:    4/29/11;

25    Pretrial conference:         5/6/11 at 3:00 p.m.; and

26    Jury Trial:                  6/20/11 at 9:00 a.m.

27    In the alternative, Plaintiff and Defendant hereby stipulate and agree to a

28  continuance of the deadline for all discovery to be completed sixty (60) days, making the

Stipulation and [Proposed] Order to Continue Trial
and Pre-Trial Dates Or, In the Alternative,
Continue the Discovery Deadline                    2                Case No. 2:09-cv-01933-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1  discovery deadline October 1, 2010.

2

3  Dated:  July 26, 2010                    ADAMS & CORZINE

4

5                                          By:  /S/ Michael Pazdernik
                                                MICHAEL PAZDERNIK
6

7                                          Attorney for Plaintiff
                                           JEFFREY PHILLIPS
8

9

10

11  Dated:  July 26, 2010                    BASHAM PARKER LLP

12

13                                          By:  /S/ Meagan D. Christiansen
                                                ALDEN J. PARKER
14                                              MEAGAN D. CHRISTIANSEN

15                                          Attorneys for Defendant
                                           FULTON-EL CAMINO RECREATION
16                                          AND PARKS DISTRICT

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Continue Trial
and Pre-Trial Dates Or, In the Alternative,
Continue the Discovery Deadline                    3                    Case No. 2:09-cv-01933-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

_____   Plaintiff and Defendant are informed, and believe that the Court can accommodate the following trial schedule:

| | |
|---|---|
| Discovery cutoff: | 11/5/10; |
| Dispositive motion filing | 12/29/10; |
| Dispositve motion hearing: | 1/26/11 at 9:30 a.m.; |
| Joint pretrial statement: | 4/29/11; |
| Pretrial conference: | 5/6/11 at 3:00 p.m.; and |
| Jury Trial: | 6/20/11 at 9:00 a.m. |

_____   IT IS HEREBY ORDERED THAT the deadline to complete all discovery, currently set for August 2, 2010, be continued to October 1, 2010.

PURSUANT TO STIPULATION, **IT IS SO ORDERED:**

Date:  July 26, 2010                              /s/ John A. Mendez_____
                                                          Honorable John A. Mendez
                                                          UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order to Continue Trial
and Pre-Trial Dates Or, In the Alternative,
Continue the Discovery Deadline                4                Case No. 2:09-cv-01933-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com