1   ALDEN J. PARKER (SBN 196808)
MEAGAN D. CHRISTIANSEN (SBN 240679)
2   BASHAM PARKER LLP
701 University Avenue, Suite 220
3   Sacramento, California  95825
Telephone:  (916) 925-5850
4   Facsimile:  (916) 925-5854

5   Attorneys for Defendant
FULTON-EL CAMINO RECREATION & PARKS
6   DISTRICT

7   MICHAEL PAZDERNIK (SBN 144337)
ADAMS & CORZINE
8   740 Oak Avenue Parkway, Suite 120
Folsom, CA  95630
9   Tele:  (916) 983-3900
Facsimile: (916) 983-3922
10
Attorney for Plaintiff
11  JEFFREY PHILLIPS

12
                   UNITED STATES DISTRICT COURT
13
                   EASTERN DISTRICT OF CALIFORNIA
14

15
JEFFREY PHILLIPS,                         | Case No. 2:09-cv-01933-JAM-EFB
16
              Plaintiff,                   | **STIPULATION AND ORDER TO**
17                                         | **CONTINUE HEARING ON MOTION**
                                           | **FOR SUMMARY**
      v.                                   | **JUDGMENT/ADJUDICATION BY**
18                                         | **DEFENDANT FULTON-EL CAMINO**
FULTON-EL CAMINO RECREATION &             | **RECREATION & PARKS DISTRICT**
19  PARKS DISTRICT and DOES 1 To 50,       |
                                           |
20            Defendants.                  | **Hearing Date:  February 9, 2011**
                                           | **Time: 9:30 a.m.**
21

22

23        The parties to this action, by the undersigned counsel, hereby stipulate as follows:

24            WHEREAS, the Court, on its own motion, rescheduled the pending Motion for

25  Summary Judgment/Adjudication (hereinafter "MSJ") by defendant Fulton El Camino Recreation

26  & Parks District ("Fulton-El Camino") from the originally scheduled January 26, 2011 to

27  February 9, 2011 at 9:30 a.m.  Initially, the date posed no calendaring issues for counsel of

28  record.

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, plaintiff's counsel, Michael K. Pazdernik, is currently engaged as

2    defense counsel for defendant Jun Ho Lee, D.D.S. in a jury trial in Visalia, California for that

3    California State Court matter entitled *Perez v. Lee*, Tulare County Superior Court case no.:  08-

4    228719 (hereinafter the "State Court Action").  While the State Court Action was to be completed

5    by February 3, 2011, a catastrophic power outage at the Tulare County Courthouse closed the

6    Courthouse on February 2-4, 2011.  It is anticipated that the Courthouse will be open on February

7    7, 2011 and that the trial in the State Court action will resume and continue through February 9,

8    2011.

9    WHEREAS, due to the unanticipated extension of the State Court Action through

10   February 9, 2011, plaintiff's counsel will be engaged in the State Court Action and cannot now

11   appear at the February 9, 2011 hearing for the MSJ.

12   WHEREAS, by the above, the parties respectfully request that the Court accept this

13   stipulation and enter an order that the hearing for the MSJ be rescheduled for the next available

14   date.  To the extent the next date is February 16, 2011, plaintiff's counsel notes that he is already

15   scheduled for a hearing at the California Third District Court of Appeals at 9:30 a.m. and would

16   request another date.

17   Dated:  February 4, 2011                    ADAMS & CORZINE

18

19                                               By: _____

20                                                    MICHAEL PAZDERNIK
                                                     Attorney for Plaintiff
21                                                   JEFFREY PHILLIPS

22   Dated:  February 4, 2011                    BASHAM PARKER LLP

23

24                                               By: s/Meagan D. Christiansen
                                                     ALDEN J. PARKER
25                                                   MEAGAN D. CHRISTIANSEN
                                                     Attorneys for Defendant
26                                                   FULTON-EL CAMINO RECREATION
                                                     AND PARKS DISTRICT

27

28

Stipulation and Order to Continue the Hearing on
Motion for Summary Judgment/Adjudication            2                    Case No. 2:09-cv-01933-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1

## ORDER

2        Having reviewed the Stipulation of the parties, and good cause appearing:

3        IT IS HEREBY ORDERED THAT the hearing on the pending Motion for

4    Summary Judgment/Adjudication filed by defendant Fulton-El Camino Recreation and Parks

5    District, currently set for February 9, 2011 at 9:30 a.m., be continued to February 23, 2011 at 9:30

6    a.m.

7        PURSUANT TO STIPULATION, **IT IS SO ORDERED:**

8    Date:  2/4/2011                          /s/ John A. Mendez_____
                                              Honorable John A. Mendez
9                                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue the Hearing on
Motion for Summary Judgment/Adjudication        3        Case No. 2:09-cv-01933-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com