1  Alden J. Parker, State Bar No. 196808
   Meagan D. Christiansen, State Bar No. 240679
2  **weintraub** genshlea chediak
   a law corporation
3  400 Capitol Mall, 11th Floor
   Sacramento, CA  95814
4  (916) 558-6000 – Main
   (916) 446-1611 – Facsimile
5
   Attorneys for Defendant,
6  Fulton-El Camino Recreation and Park District

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | JEFFREY PHILLIPS | Case No:  2:09-CV-01933-JAM-EFB |
12 |       Plaintiff, | ORDER RE FULTON-EL CAMINO |
13 |       v.         | RECREATION AND PARK DISTICT'S MOTION FOR SUMMARY JUDGMENT/ SUMMARY ADJUDICATION |
14 | FULTON-EL CAMINO RECREATION & | |
15 | PARKS DISTRICT and DOES 1 To 50, | Hon.:      Judge John A. Mendez |
   |                                   | Date:      February 23, 2011 |
16 |       Defendants. | Time:      9:30 a.m.  Courtroom: 6 |
17

18 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19 ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IT IS ORDERED THAT:

20 _____  The Court, pursuant to Rule 56 of the Federal Rules of Civil
21 Procedure, and after reviewing the parties' briefs and all other matters
22 presented to the Court, and hearing argument by counsel, hereby grants
23 Defendant's Motion for Summary Judgment on the First Cause of Action finding,
24 as a matter of law, Plaintiff failed to state a claim under the Fifth Amendment.

25 _____  The Court, pursuant to Rule 56 of the Federal Rules of Civil
26 Procedure, and after reviewing the parties' briefs and all other matters

27
28

{1290987.DOC;}                          1                Proposed Order Re Fulton-El Camino's
                                                                      MSJ/ADJ
                                                         Case No. 2:09-cv-01933-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

presented to the Court, and hearing argument by counsel, hereby grants Defendant's Motion for Summary Judgment on the First Cause of Action finding, as a matter of law, there is no genuine issue of material fact establishing Plaintiff was deprived of a protectable property or liberty interest in his job.

_____   The Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and after reviewing the parties' briefs and all other matters presented to the Court, and hearing argument by counsel, hereby grants Defendant's Motion for Summary Judgment on the Second Cause of Action finding, as a matter of law, Plaintiff has failed to state a claim under California Government Code section 3303 (the Police Officers Bill of Rights).

Date:  2/25/2011

/s/ John A. Mendez_____
Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com